UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Thomas Hohman, et al.
                    Plaintiff,

v.                                                  Case No.: 1:09−cv−03693
                                                   Honorable Joan H. Lefkow

Matrixx Initiatives, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant's motion to stay [14] is withdrawn and removed from call of 8/25/2009.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.