# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Thomas Hohman, et al.

                        Plaintiff,

v.                                                      Case No.: 1:09−cv−03693
                                                      Honorable Joan H. Lefkow

Matrixx Initiatives, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held on 10/27/2009. Defendant's motion to stay [20] is moot. Response to defendants Hemelt and Johnson's motion to dismiss [27] due by 11/24/2009; reply due by 12/8/2009; ruling will issue by mail. Defendants Matrixx Initiatives, Inc. and Zicam, LLC to answer complaint by 11/30/2009. Scheduling conference and status hearing set for 12/8/2009 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.