**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Thomas Hohman, et al.
                          Plaintiff,

v.                                                     Case No.: 1:09–cv–03693
                                                           Honorable Joan H. Lefkow

Matrixx Initiatives, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 18, 2010:

      MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 2/18/2010. Defendants' motion to dismiss for lack of personal jurisdiction [27] denied and defendants' motion to dismiss for failure to state a claim [27] is granted. Plaintiffs' motion to strike [44] is moot. Status hearing set for 4/27/2010 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.